## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| | NO. 18-00070 |
| SHAWN EDMONDS | |

## ORDER

**AND NOW**, this 15th day of December 2020, upon consideration of Shawn

Edmonds's Motion for Release (ECF No. 35) and the Government's Response (ECF No.

41), it is **ORDERED** that the Motion is **DENIED**.


BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1